# Law Offices of Jeffrey B. Neustadt

**NOTICE OF**
**WITHDRAWAL OF PETITION FOR ADJUSTMENT OF STATUS (Form I-485)**
**AND**
**WITHDRAWAL OF AFFIDAVIT OF SUPPORT (Form I-864)**

To:

The United States
Citizenship and Immigration Service
Department of Homeland Security
VERMONT SERV CENTER
75 LOWER WELDEN ST
ST ALBANS, VT 05479-0001

To:

The United States
United States Attorney
Department of Justice
FEDERAL COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

Please be known that Edward Matthew Dorsaneo[1] hereby withdraws (1) his petition[2] for change of status for Tetyana Dorsaneo (Alien # A205555182)[3], and withdraws (2) his supporting affidavit of support[4] pursuant to applicable law[5]. Mr. Dorsaneo is informed and believes that there has been no final decision regarding his petition as the conditions thereto related to the bona-fides of the marriage have not yet been removed by the USCIS[6] as proscribed by the Immigration Marriage Fraud Amendments of 1986[7].

---

[1] Mr. Dorsaneo is a decorated veteran of the US Army, and a former Police Officer, sworn to defend the Constitution of the United States of America.

[2] See attached Exhibit 1 – USCIS Form I-485 dated October 11, 2013

[3] Tetyana Dorsaneo, Alien # A205555182, date of birth 26-June-1984, Ukraine, or any of her known aliases, including but not limited to Tetyana Semenivna Shkoda, Tetyana Pavlyuchyk and variants thereof.

[4] See attached Exhibit 2 – USCIS Form I-864 dated October 10, 2013.

[5] 8 CFR §§ 205.1(a)(3)(i)(A) – "Automatic Revocation - **Upon written notice of withdrawal filed by the petitioner** or self-petitioner with any officer of the Service who is authorized to grant or deny petitions" (emphasis added), 8 CFR §205.1(a)(3)(i)(D) - "Automatic Revocation - Upon the legal termination of the marriage when a citizen or lawful permanent resident of the United States has petitioned to accord his or her spouse immediate relative or family-sponsored preference immigrant classification under section 201(b) or section 203(a)(2) of the Act", 8 CFR § 205.1(a)(3)(i)(J) – "(J) Upon legal termination of the petitioner's status as an alien admitted for lawful permanent residence in the United States unless the petitioner became a United States citizen"  8 CFR § 213a.2(f)(2) – "Withdrawal of Form I-864 or Form I-864A"

[6] See attached Exhibit 3 – USCIS Forms I-797 dated June 2, 2017; April 7, 2017; January 12, 2017; and February 1, 2016.

[7] PL 99-639 "Sec 2. DETERRING IMMIGRATION-RELATED MARRIAGE FRAUD", as codified in 8 U.S.C. §1186a.

PO Box 170249, San Francisco, CA 94117    Phone: 1-415-434-4440
E-Mail: jbneustadtlaw@sbcglobal.net    Fax: 1-415-962-4221

The basis for this withdrawal is the short duration of their marriage entered into on September 24, 2013[8]. Mr. Dorsaneo is informed and believes that the sponsored immigrant entered into the marriage under false pretenses, by misrepresenting her true intentions both to him and to agents of the United States[9]. Further evidence thereof is the sworn testimony of a Police Officer attached hereto[10]. The conjugal relationship of the parties ended immediately after the petition was signed[11], mere weeks after the marriage. certificate was issued, and the parties formally separated on December 21, 2013. Mr. Dorsaneo filed for divorce 90 days after the marriage[12]. Their Final Judgment for Dissolution was entered by the Superior Court on May 20, 2014[13].

Mr. Dorsaneo is informed and believes that Tetyana failed to inform the USCIS of this change in her status until she made application for removal of conditions nearly two years later[14]. The USCIS was obligated at that time to terminate her conditional residence status[15].

Dated this 13th day of November 2017.

Jeffrey A Neustadt, Esq.
Attorney at Law
for EDWARD MATTHEW DORSANEO

I Declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and that as to matters stated on information and belief, that I believe them to be true. As stated hereinabove, I withdraw both my petition and affidavit of support for the immigration of Tetyana Dorsaneo.

Edward Matthew Dorsaneo

---

[8] See attached Exhibit 4 – a true and accurate copy of their Certificate of Marriage dated September 24, 2013.
[9] Such misrepresentations are defined as crimes punishable pursuant to 8 U.S.C. § 1325(c) and 18 U.S.C. § 1546.
https://www.justice.gov/usam/criminal-resource-manual-1948-marriage-fraud-8-usc-1325c-and-18-usc-1546, *U.S. Attorneys » Resources » U.S. Attorneys' Manual » Criminal Resource Manual » CRM 1500-1999 » Criminal Resource Manual 1901-1999 § 1948.* "Marriage Fraud", retrieved November 7, 2017; see also, publication of ICE – "Marriage Fraud is a Federal Crime" –
https://www.ice.gov/sites/default/files/documents/Document/2016/marriageFraudBrochure.pdf, retrieved November 7, 2017; 8 CFR § 216, and https://www.uscis.gov/ilink/docView_____/AFM/HTML/AFM/0-0-0-1/0-0-0-11685/0-0-0-11691.html, *Adjudicator's Field Manual - Redacted Public Version \ Chapter 25 Petitions for Removal of Conditions on Conditional Residence. \ 25.1 Immigration Marriage Fraud Amendments of 1986,* retrieved November 7, 2017.
[10] See attached Exhibit 5 – declaration of Mark Adams dated April 26, 2017.
[11] The petition was signed for submission to the USCIS on or about 10-October-2013.
[12] See attached Exhibit 6 – a true and accurate copy of his Petition for Divorce stating that the parties separated as of December 21, 2013, the divorce petition was signed on December 23, 2013 and filed with the California Superior Court on December 26, 2013.
[13] See attached Exhibit 7 – a true and accurate copy of Judgement for Dissolution entered on May 20 ,2014 by the California Superior Court.
[14] Declaration of Tetyana Dorsaneo, ECF #42, Case # 3:17 – CV – 00765, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
[15] 8 U.S. Code § 1186a(b)(1)(A) gives no discretion to the Secretary of the Department of Homeland Security -- the LPR status shall be terminated if either the conditional status remains at the end of the second anniversary of its grant and the underlying marriage was terminated prior to that time or the marriage was entered into for the purpose of procuring the alien's status as an immigrant. In the instant case, both are true.

EDWARD DORBANEO
570 RIVIERA CIR
LARKSPUR, CA 94939-1512
PH: (707)321-3218

110

90 7758/3211
05

10. 11. 2013

Date

Pay to the
Order of    U.S. DEPT. OF HOMELAND SECURITY              | $ 1070 00/xa

one thousand Seventy and 00/xa ——————————————— Dollars

Redwood    P.O. Box 0104
Credit Union    Santa Rosa, CA 95408
redwoodcu.org

For _____              Edward M Dorbaneo

‖:0110

B No. 1615-0023; Expires 06/30/15

**pplication to Register
ence or Adjust Status**

**For USCIS Use Only**

| Receipt |
| --- |

Rohnert Park | CA
| 94928

Reloc Sent

Date of Birth (mm/dd/yyyy)
06/26/1984

Country of Birth
UKRAINE

Country of Citizenship/Nationality | U.S. Social Security # (if any) | A # (if any)
UKRAINE    UKRAINE | None | 205555182

Reloc Rec'd

Date of Last Arrival (mm/dd/yyyy)
08/27/2013

I-94 #
05264917230

Current USCIS Status
K-1 Fiancee

Expires on (mm/dd/yyyy)
11/24/2013

Applicant
Interviewed

## Part 2. Application Type   (Check one)

**I am applying for an adjustment to permanent resident status because:**

a. ☐ An immigrant petition giving me an immediately available immigrant visa number that has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☒ I entered as a K-1 fiancé(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described above in (e), and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the United States for 1 year after admission). If additional space is needed, see **Page 3** of the instructions. _____

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:**
(Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife, or minor unmarried child of a Cuban and meet the description in (f) above.

**Section of Law**
☐ Sec. 209(a), INA
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To be Completed by**
*Attorney or Representative, if any*
☐ Fill in box if Form G-28 is attached to represent the applicant.

VOLAG #

ATTY State License #
**51815**

Form I-485 (Rev. 06/20/13) Y

## Part 3.  Processing Information

**A.** City/Town/Village of Birth

Bykhiv

Current Occupation

Not Employed

Your Mother's First Name

Vira

Your Father's First Name

Semen

Give your name exactly as it appears on your Form I-94, Arrival-Departure Record

Tetyana SHKODA

Place of Last Entry Into the United States
*(City/State)*

San Francisco, CA

In what status did you last enter? *(Visitor, student, exchange visitor, crewman, temporary worker, without inspection, etc.)*

K-1 Fiancee

Were you inspected by a U.S. Immigration Officer?    Yes ☒    No ☐

Nonimmigrant Visa Number

20132061480001

Consulate Where Visa Was Issued

Kiev, UKRAINE

Date Visa Issued *(mm/dd/yyyy)*

07/31/2013

Gender    ☐ Male    ☒ Female

Marital Status

☒ Married    ☐ Single    ☐ Divorced    ☐ Widowed

Have you ever applied for permanent resident status in the U.S.?    ☐ Yes *(If "Yes" give date and place of filing and final disposition.)*    ☒ No

n/a

**B.** List your present spouse and all of your children (include adult sons and daughters).  (If you have none, write "None." If additional space is needed, see **Page 3** of the instructions.)



| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| DORSANEO | Edward | M | 08/29/1966 |
| Country of Birth | Relationship | A # *(if any)* | Applying with you? |
| CANADA | Husband | None | Yes ☐    No ☒ |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A # *(if any)* | Applying with you? |
| | | | Yes ☐    No ☐ |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A # *(if any)* | Applying with you? |
| | | | Yes ☐    No ☐ |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A # *(if any)* | Applying with you? |
| | | | Yes ☐    No ☐ |
| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Initial | Date of Birth *(mm/dd/yyyy)* |
| | | | |
| Country of Birth | Relationship | A # *(if any)* | Applying with you? |
| | | | Yes ☐    No ☐ |

Form I-485 (Rev. 06/20/13) Y Page 2

## Part 3.   Processing Information  *(Continued)*

C.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include **any military service** in this part. If none, write "None." Include the name of each organization, location, nature, and dates of membership. If additional space is needed, attach a separate sheet of paper. Continuation pages must be submitted according to the guidelines provided on **Page 3** of the instructions under **General Instructions**.

| Name of Organization | Location and Nature | Date of Membership From | Date of Membership To |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Answer the following questions. (If your answer is **"Yes"** to any question, explain on a separate piece of paper. Continuation pages must be submitted according to the guidelines provided on **Page 3** of the instructions under **General Instructions.** Information about documentation that must be include with your application is also provide in this section.) Answering **"Yes"** does not necessarily mean that you are not entitled to adjust status or register for permanent residence.

**1.** Have you **EVER**, in or outside the United States:

    **a.** Knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?     Yes ☐  No ☒

    **b.** Been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?     Yes ☐  No ☒

    **c.** Been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action?     Yes ☐  No ☒

    **d.** Exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?     Yes ☐  No ☒

**2.** Have you received public assistance in the United States from any source, including the U.S. Government or any State, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?     Yes ☐  No ☒

**3.** Have you **EVER**:

    **a.** Within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?     Yes ☐  No ☒

    **b.** Engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?     Yes ☐  No ☒

    **c.** Knowingly encouraged, induced, assisted, abetted, or aided any alien to try to enter the United States illegally?     Yes ☐  No ☒

    **d.** Illicitly trafficked in any controlled substance, or knowingly assisted, abetted, or colluded in the illicit trafficking of any controlled substance?     Yes ☐  No ☒

**4.** Have you **EVER** engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?     Yes ☐  No ☒

## Part 3.  Processing Information  *(Continued)*

5.  Do you intend to engage in the United States in:

    a. Espionage?

    b. Any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence, or other unlawful means?     Yes ☐ No ☒

    c. Any activity to violate or evade any law prohibiting the export from the United States of goods, technology, or sensitive information?     Yes ☐ No ☒

6.  Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?     Yes ☐ No ☒

7.  Did you, during the period from March 23, 1933, to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion?     Yes ☐ No ☒

8.  Have you **EVER** been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal, or rescission proceedings?     Yes ☐ No ☒

9.  Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States, or any immigration benefit?     Yes ☐ No ☒

10.  Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?     Yes ☐ No ☒

11.  Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the 2-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver?     Yes ☐ No ☒

12.  Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child?     Yes ☐ No ☒

13.  Do you plan to practice polygamy in the United States?     Yes ☐ No ☒

14.  Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

    a. Acts involving torture or genocide?     Yes ☐ No ☒

    b. Killing any person?     Yes ☐ No ☒

    c. Intentionally and severely injuring any person?     Yes ☐ No ☒

    d. Engaging in any kind of sexual contact or relations with any person who was being forced or threatened?     Yes ☐ No ☒

    e. Limiting or denying any person's ability to exercise religious beliefs?     Yes ☐ No ☒

15.  Have you **EVER**:

    a. Served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization?     Yes ☐ No ☒

    b. Served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?     Yes ☐ No ☒

16.  Have you **EVER** been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?     Yes ☐ No ☒

**Part 3.   Processing Information** *(Continued)*

17. Have you **EVER** assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?

Yes ☐  No ☒

18. Have you **EVER** received any type of military, paramilitary, or weapons training?

Yes ☐  No ☒

**Part 4.   Accommodations for Individuals With Disabilities and/or Impairments** *(See Page 7 of the instructions before completing this section.)*

Are you requesting an accommodation because of your disability(ies) and/or impairment(s)?

Yes ☐  No ☒

If you answered "Yes," check any applicable box:

☐ **a.** I am deaf or hard of hearing and request the following accommodation(s) (if requesting a sign-language interpreter, indicate which language (e.g., American Sign Language)):

☐ **b.** I am blind or sight-impaired and request the following accommodation(s):

☐ **c.** I have another type of disability and/or impairment (describe the nature of your disability(ies) and/or impairment(s) and accommodation(s) you are requesting):

**Part 5.   Signature** *(Read the information on penalties on Page 8 of the instructions before completing this section. You must file this application while in the United States.)*

### Your Registration With U.S. Citizenship and Immigration Services

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (INA), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services (USCIS). I understand and acknowledge that, under section 265 of the INA, I am required to provide USCIS with my current address and written notice of any change of address within 10 days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested, and removed from the United States."

### Selective Service Registration

**The following applies to you if you are a male at least 18 years of age, but not yet 26 years of age, who is required to register with the Selective Service System:** "I understand that my filing Form I-485 with U.S. Citizenship and Immigration Services (USCIS) authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth, and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached 26 years of age."



Form I-485 (Rev. 06/20/13) Y Page 5

**Part 5.  Signature** *(Continued)*

### Applicant's Statement *(Check one)*

☒ I can read and understand English, and I have read and understand each and every question and instruction on this form, as well as my answer to each question.

☐ Each and every question and instruction on this form, as well as my answer to each question, has been read to me in the _____ language, a language in which I am fluent, by the person named in **Interpreter's Statement and Signature**. I understand each and every question and instruction on this form, as well as my answer to each question.

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this application is all true and correct.  I certify also that I have not withheld any information that would affect the outcome of this application.

I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature *(Applicant)* | Print Your Full Name | Date *(mm/dd/yyyy)* | Daytime Phone Number *(include area code)* |
|---|---|---|---|
| | Tetyana Pavlyuchyk DORSANEO | 10.10.2013 | 707-321-3218 |

**NOTE**: *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit, and this application may be denied.*

### Interpreter's Statement and Signature

I certify that I am fluent in English and the below-mentioned language.

**Language Used** *(language in which applicant is fluent)*

I further certify that I have read each and every question and instruction on this form, as well as the answer to each question, to this applicant in the above-mentioned language, and the applicant has understood each and every instruction and question on the form, as well as the answer to each question.

| Signature *(Interpreter)* | Print Your Full Name | Date *(mm/dd/yyyy)* | Phone Number *(include area code)* |
|---|---|---|---|
| | | | |

**Part 6.  Signature of Person Preparing Form, If Other Than Above**

I declare that I prepared this application at the request of the above applicant, and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date *(mm/dd/yyyy)* | Phone Number *(include area code)* |
|---|---|---|---|
| | Lawrence R Holmes | 10-23-13 | 858 750 2516 |

| Firm Name and Address | E-Mail Address *(if any)* |
|---|---|
| Lawrence R Holmes, Immigration Attorney<br><br>1940 Garnet Ave., Suite 210, San Diego, CA 92109 | attorney@kvisas.com |

# Affidavit of Support Under Section 213A of the Act

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-864**
OMB No. 1615-0075
Expires 03/31/2015

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | ☐ MEETS requirements  ☐ DOES NOT MEET requirements<br><br>Reviewed By: _____<br>Office: _____<br>Date: ___/___/___ | ☐ 1    ☐ 2<br><br>**Remarks** |

▶ **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

1.  | Edward | Matthew | DORSANEO |

am the sponsor submitting this affidavit of support because *(Check only one box):*

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

**1.c.** ☐ I have an ownership interest of at least 5 percent in _____

which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's _____

**NOTE:** If you check box 1.b., 1.c., 1.d., 1.e., or 1.f., you must include proof of your citizen, national, or lawful permanent resident status.

## Part 2. Information on the Principal Immigrant

**1.a.** Family Name *(Last Name)* | DORSANEO |

**1.b.** Given Name *(First Name)* | Tetyana |

**1.c.** Middle Name | Pavlyuchyk |

### Mailing Address

**2.a.** Street Number and Name | 13 Freedom Place |

**2.b.** Apt. ☐ Ste. ☐ Flr. ☐ | |

**2.c.** City or Town | Rohnert Park |

**2.d.** State | CA |  **2.e.** Zip Code | 94928 |

**2.f.** Postal Code | |

**2.g.** Province | |

**2.h.** Country | United States |

### Other Information

**3.** Country of Citizenship
| UKRAINE |

**4.** Date of Birth *(mm/dd/yyyy)* ▶ | 06/26/1984 |

**5.** Alien Registration Number (A-Number)
▶ A- | 2 | 0 | 5 | 5 | 5 | 5 | 1 | 8 | 2 |



## Part 3. Information on the Immigrant(s) You Are Sponsoring

1. I am sponsoring the principal immigrant named in **Part 2.**

   ☒ Yes   ☐ No (Applicable only in cases with two joint sponsors)

2. ☐ I am sponsoring the following family members immigrating at the same time or within 6 months of the principal immigrant named in **Part 2.** Do not include any relative listed on a separate visa petition.

**Family Member 1**

2.a. Family Name *(Last Name)* | n/a

2.b. Given Name *(First Name)*

2.c. Middle Name

2.d. Relationship to Sponsored Immigrant

2.e. Date of Birth   *(mm/dd/yyyy)* ▶

2.f. Alien Registration Number (A-Number)

▶ A-

**Family Member 2**

3.a. Family Name *(Last Name)*

3.b. Given Name *(First Name)*

3.c. Middle Name

3.d. Relationship to Sponsored Immigrant

3.e. Date of Birth   *(mm/dd/yyyy)* ▶

3.f. Alien Registration Number (A-Number)

▶ A-

**Family Member 3**

4.a. Family Name *(Last Name)*

4.b. Given Name *(First Name)*

4.c. Middle Name

4.d. Relationship to Sponsored Immigrant

4.e. Date of Birth   *(mm/dd/yyyy)* ▶

4.f. Alien Registration Number (A-Number)

▶ A-

**Family Member 4**

5.a. Family Name *(Last Name)*

5.b. Given Name *(First Name)*

5.c. Middle Name

5.d. Relationship to Sponsored Immigrant

5.e. Date of Birth   *(mm/dd/yyyy)* ▶

5.f. Alien Registration Number (A-Number)

▶ A-

**Family Member 5**

6.a. Family Name *(Last Name)*

6.b. Given Name *(First Name)*

6.c. Middle Name



For
USCIS
Use
Only

## Part 3. Information on the Immigrant(s) You Are Sponsoring  *(continued)*

**Family Member 5 *(Continued)***

**6.d.** Relationship to Sponsored Immigrant

**6.e.** Date of Birth  *(mm/dd/yyyy)* ▶

**6.f.** Alien Registration Number (A-Number)

▶ **A-**

**7.** Enter the total number of immigrants you are sponsoring on this form from Items **1** through **6**.

`1`

## Part 4. Information on the Sponsor

### Sponsor's Full Name

**1.a.** Family Name *(Last Name)*  `DORSANEO`

**1.b.** Given Name *(First Name)*  `Edward`

**1.c.** Middle Name  `Matthew`

### Sponsor's Mailing Address

**2.a.** Street Number and Name  `13 Freedom Place`

**2.b.** Apt. ☐  Ste. ☐  Flr. ☐

**2.c.** City or Town  `Rohnert Park`

**2.d.** State `CA`  **2.e.** Zip Code `94928`

**2.f.** Postal Code

**2.g.** Province

**2.h.** Country  `USA`

### Sponsor's Place of Residence

**3.a.** Street Number and Name  `Same as Mailing Address`

**3.b.** Apt. ☐  Ste. ☐  Flr. ☐

**3.c.** City or Town

**3.d.** State  **3.e.** Zip Code

**3.f.** Postal Code

**3.g.** Province

**3.h.** Country

### Other Information

**4.** Telephone Number  ( `7` `0` `7` ) `3` `2` `1` - `3` `2` `1` `8`

**5.** Country of Domicile  `USA`

**6.** Date of Birth  *(mm/dd/yyyy)* ▶ `08/29/1966`



**For USCIS Use Only**

## Part 4. Information on the Sponsor *(continued)*

**7.** City or Town of Birth

Vancouver

**8.** State or Province of Birth

BC

**9.** Country of Birth

CANADA

**10.** U.S. Social Security Number *(Required)*

Citizenship/Residency

**11.a.** ☒ I am a U.S. citizen.

**11.b.** ☐ I am a U.S. national (for joint sponsors only).

**11.c.** ☐ I am a lawful permanent resident.

My alien registration number is:

▶ A- | N | I | A | | | | | | |

Military Service *(To be completed by petitioner sponsors only.)*

**12.** I am currently on active duty in the U.S. armed services.
☐ Yes   ☒ No

## Part 5. Sponsor's Household Size

Your Household Size - **DO NOT COUNT ANYONE TWICE**

*Persons you are sponsoring in this affidavit:*

**1.** Enter the number you entered on line 7 of Part 3. | 1

*Persons NOT sponsored in this affidavit:*

**2.** Yourself. | 1

**3.** If you are currently married, enter "1" for your spouse.

**4.** If you have dependent children, enter the number here.

**5.** If you have any other dependents, enter the number here.

**6.** If you have sponsored any other persons on an I-864 or I-864 EZ who are now lawful permanent residents, enter the number here.

**7.** **OPTIONAL**: If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.

**8.** Add together lines 1-7 and enter the number here. **Household Size:** | 2

## Part 6. Sponsor's Income and Employment

I am currently:

**1.** ☐ Employed as a/an

**1.a.** Name of Employer #1 *(if applicable)*

**1.b.** Name of Employer #2 *(if applicable)*

**2.** ☒ Self-employed as a/an

Private Investigator

**3.** ☐ Retired from:

**3.a.** Company Name

**3.b.** Date of Retirement
*(mm/dd/yyyy)* ▶



| For USCIS Use Only | Household Size | Poverty Guideline | Remarks |
|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other _____ | Year: 2 0 ___<br><br>Poverty Line:<br>$ _____ | |

## Part 6. Sponsor's Income and Employment *(continued)*

**4.** ☐ Unemployed since

*(mm/dd/yyyy)* ▶ [_____]

**5.** My current individual annual income is:

*(See Instructions)*    $ [50,000]

Income you are using from any other person who was **counted in your household size,** including, in certain conditions, the intending immigrant. (See Instructions.) Please indicate name, relationship and income.

**Person 1**

**6.a.** Name

[_____]

**6.b.** Relationship

[_____]

**6.c.** Current Income    $ [_____]

**Person 2**

**7.a.** Name

[_____]

**7.b.** Relationship

[_____]

**7.c.** Current Income    $ [_____]

**Person 3**

**8.a.** Name

[_____]

**8.b.** Relationship

[_____]

**8.c.** Current Income    $ [_____]

**Person 4**

**9.a.** Name

[_____]

**9.b.** Relationship

[_____]

**9.c.** Current Income    $ [_____]

**10.** **My current Annual Household Income** *(Total all lines from 5, 6.c., 7.c., 8.c., and 9.c. Will be Compared to Poverty Guidelines -- See Form I-864P.)*

$ [50,000]

**11.** ☐ The person(s) listed in 6.a., 7.a., 8.a., and 9.a. have completed Form I-864A. I am filing along with this form all necessary Forms I-864A completed by these persons.

**12.** ☐ The person(s) listed in 6.a., 7.a., 8.a., or 9.a. does not need to complete Form I-864A because he/she is the intending immigrant and has no accompanying dependents.

Name(s)

[_____]

**Federal Income tax return information**

**13.** ☒ I have filed a Federal tax return for each of the three most recent tax years. I have attached the required photocopy or transcript of my Federal tax return for **only the most recent tax year.**



| | **Household Size** | **Poverty Guideline** | **Sponsor's Household Income** *(Page 5, Line 10)* | **Remarks** |
|---|---|---|---|---|
| **For USCIS Use Only** | ☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other _____ | Year: 2 0 ____<br><br>Poverty Line:<br>$ _____ | $<br><br>*The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |

## Part 6. Sponsor's Income and Employment (continued)

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal tax returns for the most recent 3 years was:

| | Tax Year | | | Total Income |
|---|---|---|---|---|
| 13.a. | 2012 | *(most recent)* | 13.a.1. $ | 24,740 |
| 13.b. | 2011 | *(2nd most recent)* | 13.b.1. $ | 20,290 |
| 13.c. | 2010 | *(3rd most recent)* | 13.c.1. $ | 18,161 |

14. ☐ *(Optional)* I have attached photocopies or transcripts of my Federal tax returns for my second and third most recent tax years.

## Part 7. Use of Assets to Supplement Income (optional)

*If your income, or the total income for you and your household, from Part 6, line 10 exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part. Skip to Part 8.*

Your assets *(Optional)*

1. Enter the balance of all savings and checking accounts.

   $ N/A

2. Enter the net cash value of real-estate holdings. (Net means current assessed value minus mortgage debt.)

   $ N/A

3. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in lines 1 or 2.

   $ N/A

4. **Add together lines 1-3 and enter the number here.**

   **TOTAL: $** N/A

## Part 7. Use of Assets to Supplement Income (optional) (continued)

Assets from Form I-864A, line 12d for:

5.a. Name of Relative

   N/A

5.b. **Your household member's assets from Form I-864A.** *(Optional)*

   $ N/A

**Assets of the principal sponsored immigrant** *(Optional).* The principal sponsored immigrant is the person listed in lines 1.a. - 1.c. in Part 2.

6. Enter the balance of the sponsored immigrant's savings and checking accounts.

   $ N/A

7. Enter the net cash value of all the sponsored immigrant's real estate holdings. (Net means investment value minus mortgage debt.)

   $ N/A

8. Enter the current cash value of the sponsored immigrant's stocks, bonds, certificates of deposit, and other assets not included on line 6 or 7.

   $ N/A

9. **Add together lines 6-8 of Part 7 and enter the number here.**

   $ N/A

**Total value of assets.**

10. **Add together lines 4, 5.b., and 9 of Part 7 and enter the number here.**

   **TOTAL: $** N/A



## Part 8. Sponsor's Contract

*Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign the Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.*

### What is the Legal Effect of My Signing a Form I-864?

If you sign a Form I-864 on behalf of any person (called the "intending immigrant") who is applying for an immigrant visa or for adjustment of status to a permanent resident, and that intending immigrant submits the Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under section 213A of the Immigration and Nationality Act these actions create a contract between you and the U.S. Government. The intending immigrant's becoming a permanent resident is the "consideration" for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as an alien likely to become a public charge, the U.S. Government can consider your income and assets to be available for the support of the intending immigrant.

### What If I choose Not to Sign a Form I-864?

You cannot be made to sign a Form I-864 if you do not want to do so. But if you do not sign the Form I-864, the intending immigrant may not be able to become a permanent resident in the United States.

### What Does Signing the Form I-864 Require Me to do?

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under the Form I-864 terminate, you must:

-- Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces and the person is your husband, wife, unmarried child under 21 years old.)

-- Notify USCIS of any change in your address, within 30 days of the change, by filing Form I-865.

### What Other Consequences Are There?

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then until your obligations under the Form I-864 terminate, your income and assets may be considered ("deemed") to be available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for State or local means-tested public benefits, if the State or local government's rules provide for consideration ("deeming") of your income and assets as available to the person.

This provision doesnot apply to public benefits specified in section 403(c) of the Welfare Reform Act such as, but not limited to, emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a permanent resident based on the Form I-864 that you signed, that person may sue you for this support.



## Part 8. Sponsor's Contract *(continued)*

If a Federal, State or local agency, or a private agency provides any covered means-tested public benefit to the person who becomes a permanent resident based on the Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 will end if the person who becomes a permanent resident based on a Form I-864 that you signed:

1. Becomes a U.S. citizen;

2. Has worked, or can be credited with, 40 quarters of coverage under the Social Security Act;

3. No longer has lawful permanent resident status, and has departed the United States;

4. Becomes subject to removal, but applies for and obtains in removal proceedings a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

5. Dies.

Note that divorce **does not** terminate your obligations under this Form I-864.

Your obligations under a Form I-864 also end if you die. Therefore, if you die, your Estate will not be required to take responsibility for the person's support after your death. Your Estate may, however, be responsible for any support that you owed before you died.

---

I,
| Edward Matthew DORSANEO |
*(Print Sponsor's Name)*

certify under penalty of perjury under the laws of the United States that:

a.    I know the contents of this affidavit of support that I signed.

b.    **All the factual statements in this affidavit of support are true and correct.**

c.    I have read and I understand each of the obligations described in Part 8, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in Part 3 to become permanent residents of the United States;

d.    I agree to submit to the personal jurisdiction of any Federal or State court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

e.    Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the U.S. Internal Revenue Service; and

f.    I authorize the Social Security Administration to release information about me in its records to the Department of State and U.S. Citizenship and Immigration Services.

g.    Any and all other evidence submitted is true and correct.

1.a.   Signature of Sponsor



1.b.   Date of Signature   *(mm/dd/yyyy)* ▶ | 10 /10/ 2013 |

---

123

**Homeland Security**
and Immigration Services

**Form I-797C, Notice of Action**

## OTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

**ASC Appointment Notice - APPLICANT COPY**

| APPLICATION/PETITION/REQUEST NUMBER | | | NOTICE DATE |
|---|---|---|---|
| EAC1721300143    1:EAC1717251757 | | | 06/02/2017 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| 1751 - CRI89 | | A205 555 182 | 3 |
| ACCOUNT NUMBER | | SERVICE CENTER | PAGE |
| | 1CR | VSC | 1 of 1 |

TETYANA PAVLYUCHYK DORSANEO
c/o BARBARA J HART JUSTICE CENTER
608 JEFFERSON AVE
SCRANTON PA 18510



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS PHILADELPHIA | **DATE AND TIME OF APPOINTMENT** |
| 10300 Drummond Road Suite 100 | 06/19/2017 |
| Philadelphia PA  19154 | 10:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** When you appear at the USCIS Application Support Center, you will reaffirm, under penalty of perjury, that you reviewed and understood your application, petition, or request and all supporting documents, that the answers were provided by you, and that the contents of your application, petition, or request are complete, true, and correct. If you were assisted in completing your application, petition, or request, you will be reaffirming that the person assisting you also reviewed the Acknowledgement of Appointment at USCIS Application Support Center with you.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Once USCIS reschedules your appointment, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU. Attn: _____ P Hwy, Alexandria, VA 22309-1586

ASC SITE CODE

BIOMETRICS QA REVIEW BY:
000233    ON    JUN 19 2017

TENPRINTS QA REVIEW BY:
000232    ON    JUN 19 2017

| APPLICATION NUMBER | APPLICATION NUMBER 2 |
|---|---|
| 1751 - EAC1721300143 | CRI89 - EAC1717251757 |

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometric worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



I-751 RECEIPT NOTICE

Receipt Number : EAC-17-213-00143
Reference Number: A205555182
Petitioner: DORSANEO

, TETYANA          P.

Receipt Date: 04/07/2017
Receipt Time: 16:15

K. KENNEDY
BARBARA J HART JUSTICE CENTER
608 JEFFERSON AVE
SCRANTON          , PA  18510

**** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRIES ****

Amount Received: ***FEE WAIVED***

Your conditional resident status is extended for a period of one year. During
the one-year extension you are authorized employment and travel.  (This
extension and authorization for employment and travel does not apply to you if
your conditional resident status has been terminated.)

In order to further process your petition, you will be receiving an Application
Support Center(ASC) appointment notice with a specific time, date, and location
to capture your fingerprints, photo, and signature. You MUST wait for your
appointment notice before going to the ASC for biometric processing.

NOTE: Conditional resident applicants, including conditional resident
dependents residing overseas pursuant to military or government orders WILL NOT
RECEIVE an ASC appointment notice. To complete biometric processing, these
applicants must submit the required items listed on the I-751 form
instructions.

If you have not already done so, provide supporting documents to assist USCIS
in processing your petition and to establish eligibility to remove the
conditional basis of your permanent residence. PLEASE INCLUDE A COPY OF THIS
RECEIPT NOTICE WITH ANY SUPPORTING DOCUMENTS YOU SUBMIT.

Upon receipt of your ASC appointment notice, you can find the status of your
case on-line at www.uscis.gov. To view the status of your case, enter the
application number found at the top of the ASC appointment notice. NOTE: The
I-751 form type will be listed as "CRI89" under the application type in our
case status on-line tool.

NOTE: If you checked box "E" or "F" under Part 2 - Basis for Petition, you
may NOT file a change of address request through the USCIS web site or by
calling the National Customer Service Center. If you or your parent were
subjected to battery or extreme cruelty, contact the appropriate USCIS Service
Center where you originally filed your Form I-751 for specific address change
instructions.

VERMONT SERV CENTER

75 LOWER WELDEN ST
ST ALBANS          , VT  05479-0001
(800) 375-5283

PAGE 1 OF 1

Form I-797 (Rev. 01/31/05) N

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

Notice of Action
Page 1 of 4

| Applicant/Petitioner A # | Application/Petition |
|---|---|
| A205555182 | Petition To Remove Conditions On Residence (form I-751) |
| **Notice Date** | **Response due by** |
| January 12, 2017 | April 9, 2017 |

TETYANA PAVLYUCHYK DORSANEO
TETYANA DORSANEO
205 GALLAGHER CT 2ND FL APT
SCRANTON PA 18505


*A205555182*

| **Applicant/Petitioner** |
|---|
| DORSANEO, TETYANA PAVLYUCHYK |
| **Beneficiary** |
| |
| **Receipt Number** |
| EAC1608452341 (CRI89) |

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence listed on the attached page(s). Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by April 9, 2017**

Please note that you have been allotted the maximum period allowed for responding to a Request For Evidence (RFE). The time period for responding cannot be extended. 8 CFR 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.

Processing of your form or benefit request will resume upon receipt of your response. If you have not heard from USCIS within **60 days** of responding, you may contact the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

Mail this notice and your response to:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479 0001

Form I-797 (8/03/90) Y

| FOR OFFICE USE ONLY |
|---|
| **E** |

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

Notice of Action
Page 2 of 4

A205555182
EAC1608452341(CRI89)



USCIS has reviewed your Petition to Remove Conditions on Residence (Form I-751). The supporting evidence does not establish that extreme hardship would result if you were removed from the United States.

You submitted:

- identification documents and a copy of your permanent resident card;
- divorce decree;
- self affidavit describing your relationship with your former spouse; and
- 2015 tax returns.

**Extreme Hardship**

Submit evidence that extreme hardship would result if you were removed from the United States. In determining extreme hardship, USCIS will consider circumstances occurring only during the period of your conditional permanent resident status. The evidence you submit must directly relate to you.

- What are your needs concerning medical and social service available in the United States?
- Do you have any serious illness that cannot be treated in your country?
- How does your age and the time you have been in the United States affect the possibility of deportation?
- How old are your children, and how long have they lived in the United States?
- How would deportation affect your children?
- Would you and your children be able to readjust to life in your country?
- Can you obtain employment to support yourself and your children?
- Do you have family in the United States? If so, what is their status in the United States, and how long have they lived here? Do you still have family in your homeland? If so, how are they related to you?
- How would your child's education be disrupted?
- What kind of psychological impact would deportation have on you and your children?

**NOTE:** The following do not constitute extreme hardship for immigration purposes:

- Financial hardship, including the loss of one's job,
- Difficulty adjusting to a foreign culture or environment, even after several years in the United States,
- The loss of your standard of living or economic deprivation which may result due to your deportation.

You may send any other relevant documentation not already mentioned. Please do not send copies of documents previously submitted.

Your supporting evidence does not sufficiently establish that you and your former spouse entered the marriage in good faith and continued to share a life together until your legal separation.

You submitted:

- e mails exchanged with your former spouse;
- photographs of you and your former spouse; and
- your divorce decree.

**Good Faith Marriage**

Form I-797 (8/03/90) Y

FOR OFFICE USE ONLY
**E**

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

Notice of Action
Page 3 of 4

A205555182
EAC1608452341(CRI89)



Please submit evidence to show that you and your former spouse entered the marriage in good faith and continued to share a life together until your legal separation. The evidence should cover the entire period of your marriage and may include, but is not limited to, one or more of the following:

- Children as a result of your marriage:

  - birth certificate(s) of child(ren) born to the marriage; (A birth certificate should show issuance by the appropriate civil authority, timely registration, date and place of birth, and parents' names.)
  - adoption decrees of children adopted by you and/or your spouse;
  - court guardianship records of stepchildren;
  - school records listing the stepparent as a contact or guardian; or
  - medical records listing the stepparent as a contact or guardian.

- Evidence that you and your former spouse had resided together and shared responsibility for a common residence:

  - leases in both names showing joint occupancy; or
  - deeds and mortgages in both names showing joint ownership.

- Evidence that you and your former spouse had combined financial resources may include financial records showing joint ownership of assets and joint responsibility for liabilities such as:

  - joint checking and savings account statements showing deposits or withdrawals for the period of your marriage;
  - insurance policies that show the other spouse as the beneficiary;
  - joint federal and state tax returns;
  - joint utility bills; or
  - joint installment, other loans or credit card account statements.

- Evidence that you and your former spouse had made estate, health and financial planning arrangements with each other:

  - a will;
  - a trust; or
  - a durable power of attorney for health care or property or both.

- Affidavits from third parties who have knowledge of the bona fides of your marital relationship. An affidavit should be supported by documentary evidence and must be sworn to or affirmed by at least two people who:

  - have known you and your former spouse since your conditional residence was granted and have provided information about their relationship to you or your spouse;
  - have personal knowledge of your marital relationship and have provided a detailed explanation about how this knowledge was acquired;
  - may be required to testify before an immigration officer regarding the affidavit's content;
  - and have provided their full name, address, date and place of birth.

- Any other relevant documents not already mentioned. Please do not send copies of documents previously

Form I-797 (8/03/90) Y

FOR OFFICE USE ONLY
**E**

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

Notice of Action
Page 4 of 4

A205555182
EAC1608452341(CRI89)

submitted.

**Documentary Evidence**

If sufficient documentary evidence is submitted to establish your "good faith" marriage, the Service Center Director may waive the interview requirement.

**Response Required**

If you do not respond within the allowable time period, USCIS will deny your petition. A denial of your petition may result in the termination of your conditional resident status and your possible removal from the United States.

NOTE: The receipt number listed above is for your biometric appointment record; therefore, please include your A-file number on all correspondence.



Form I-797 (8/03/90) Y

FOR OFFICE USE ONLY
**E**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



I-751 RECEIPT NOTICE

Receipt Number   : EAC-16-126-00010
Reference Number: A205555182
Petitioner: DORSANEO

Receipt Date: 02/01/2016
Receipt Time: 08:33
, TETYANA              P.

T. DORSANEO
205 GALLAGHER CT 2ND FL APT
SCRANTON                 , PA 18505

\*\*\*\* THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRIES \*\*\*\*

Amount Received:              $590.00

Your conditional resident status is extended for a period of one year. During
the one-year extension you are authorized employment and travel.   (This
extension and authorization for employment and travel does not apply to you if
your conditional resident status has been terminated.)

In order to further process your petition, you will be receiving an Application
Support Center (ASC) appointment notice with a specific time, date, and location
to capture your fingerprints, photo, and signature. You MUST wait for your
appointment notice before going to the ASC for biometric processing.

NOTE: Conditional resident applicants, including conditional resident
dependents residing overseas pursuant to military or government orders WILL NOT
RECEIVE an ASC appointment notice. To complete biometric processing, these
applicants must submit the required items listed on the I-751 form
instructions.

If you have not already done so, provide supporting documents to assist USCIS
in processing your petition and to establish eligibility to remove the
conditional basis of your permanent residence. PLEASE INCLUDE A COPY OF THIS
RECEIPT NOTICE WITH ANY SUPPORTING DOCUMENTS YOU SUBMIT.

Upon receipt of your ASC appointment notice, you can find the status of your
case on-line at www.uscis.gov. To view the status of your case, enter the
application number found at the top of the ASC appointment notice. NOTE: The
I-751 form type will be listed as "CRI89" under the application type in our
case status on-line tool.

NOTE: If you checked box "E" or "F" under Part 2 - Basis for Petition, you
may NOT file a change of address request through the USCIS web site or by
calling the National Customer Service Center. If you or your parent were
subjected to battery or extreme cruelty, contact the appropriate USCIS Service
Center where you originally filed your Form I-751 for specific address change
instructions.

VERMONT SERV CENTER

75 LOWER WELDEN ST
ST ALBANS            , VT  05479-0001
(800) 375-5283

PAGE 1 OF 1

Form I 797 (Rev. 01/31/05) N

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

**CONFIDENTIAL**
**LICENSE AND CERTIFICATE OF MARRIAGE**
MUST BE LEGIBLE — MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

**2013-152**

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|

**FIRST PERSON DATA**

| 1A. FIRST NAME | 1B. MIDDLE |
|---|---|
| EDWARD | MATTHEW |

| 1C. CURRENT LAST | 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C) |
|---|---|
| DORSANEO | --- |

| 2. DATE OF BIRTH (MM/DD/CCYY) | 3. STATE/COUNTRY OF BIRTH | 4. PREV. MARRIAGES/SRDP. | 5A. LAST MARRIAGE/SRDP ENDED BY: | 5B. DATE ENDED (MM/DD/CCYY) |
|---|---|---|---|---|
| 08/29/1966 | CANADA | 00 | DEATH DISSO ANNULMENT TERM SRDP NA | --/--/---- |

| 6. ADDRESS | 7. CITY | 8. STATE/COUNTRY | 9. ZIP CODE |
|---|---|---|---|
| 13 FREEDOM PLACE | ROHNERT PARK | CALIFORNIA | 94928 |

| 10A. FULL BIRTH NAME OF FATHER/PARENT | 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| THOMAS EDWARD DORSANEO | PENNSYLVANIA |

| 11A. FULL BIRTH NAME OF MOTHER/PARENT | 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| SANDRA ANN WALKER | TEXAS |

**SECOND PERSON DATA**

| 12A. FIRST NAME | 12B. MIDDLE |
|---|---|
| TETYANA | --- |

| 12C. CURRENT LAST | 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C) |
|---|---|
| SHKODA | PAVLYUCHYK |

| 13. DATE OF BIRTH (MM/DD/CCYY) | 14. STATE/COUNTRY OF BIRTH | 15. PREV. MARRIAGES/SRDP | 16A. LAST MARRIAGE/SRDP ENDED BY: | 16B. DATE ENDED (MM/DD/CCYY) |
|---|---|---|---|---|
| 06/26/1984 | UKRAINE | 01 | DEATH DISSO ANNULMENT TERM SRDP NA | 06/16/2009 |

| 17. ADDRESS | 18. CITY | 19. STATE/COUNTRY | 20. ZIP CODE |
|---|---|---|---|
| 13 FREEDOM PLACE | ROHNERT PARK | CALIFORNIA | 94928 |

| 21A. FULL BIRTH NAME OF FATHER/PARENT | 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| SEMEN PAVLYUCHYK | UKRAINE |

| 22A. FULL BIRTH NAME OF MOTHER/PARENT | 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY) |
|---|---|
| VIRA VEREMIYCHYK | UKRIANE |

**AFFIDAVIT**

WE, THE UNDERSIGNED, CURRENTLY LIVING TOGETHER AS SPOUSES, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF; WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE, NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A CONFIDENTIAL LICENSE AND CERTIFICATE OF MARRIAGE

| 23. SIGNATURE OF PERSON LISTED IN FIELDS 1A-1D | 24. SIGNATURE OF PERSON LISTED IN FIELDS 12A-12D |
|---|---|
| Edward M. Dorsaneo | |

**LICENSE TO MARRY**

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME AND PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CLAIMED, OR THAT THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR IN ACCORDANCE WITH FAMILY CODE SECTION 502. THE PARTIES HAVING FURTHER DECLARED THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVING PAID THE FEES PRESCRIBED BY LAW, AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED, TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA, TO SOLEMNIZE THE MARRIAGE OF THE ABOVE-NAMED PERSONS PURSUANT TO FAMILY CODE SECTION 500. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE CALIFORNIA COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F BELOW.

| 25A. ISSUE DATE (MM/DD/CCYY) | 25B. EXPIRES AFTER (MM/DD/CCYY) | 25C. NAME OF COUNTY CLERK | 25D. SIGNATURE OF CLERK OR DEPUTY CLERK |
|---|---|---|---|
| 09/11/2013 | 12/09/2013 | RICHARD N. BENSON | BY |

| 25E. MARRIAGE LICENSE NUMBER | 25F. COUNTY OF ISSUE | 25G. RETURN COMPLETED MARRIAGE LICENSE TO (INCLUDE ADDRESS): |
|---|---|---|
| C-41321000152 | MARIN | CIVIC CENTER, ROOM 247, SAN RAFAEL |

**ITEMS 26A-26D ONLY IF LICENSE SIGNED BY NOTARY PUBLIC**

| 26A. STATE OF CALIFORNIA, COUNTY OF: | 26B. TYPED NAME OF NOTARY | 26E. AFFIX NOTARY SEAL |
|---|---|---|
| SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME ON THIS ___ DAY OF _____ , 20 ___ | 26C. SIGNATURE OF NOTARY | |
| BY | | |
| PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME | | |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED AS IDENTIFIED IN ITEM 25F ABOVE.

| 27A. DATE OF MARRIAGE (MM/DD/CCYY) | 27B. CITY OF MARRIAGE | 27C. COUNTY OF MARRIAGE |
|---|---|---|
| September 24, 2013 | San Rafael | MARIN |

| 28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 28B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|
| | |

| 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY) | 28D. OFFICIAL TITLE |
|---|---|
| Joyce Whitney | Deputy Commissioner of Civil Marriages |

| 28E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE |
|---|
| P.O. Box C  San Rafael, CA  94913 |

**NEW NAMES (IF ANY) (SEE REVERSE)**

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 1A-1D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| 29A. FIRST – MUST BE SAME AS 1A | 29B. MIDDLE | 29C. LAST |
|---|---|---|
| | --- | --- |

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 12A-12D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| 30A. FIRST – MUST BE SAME AS 12A | 30B. MIDDLE | 30C. LAST |
|---|---|---|
| TETYANA | PAVLYUCHYK | DORSANEO |

**COUNTY CLERK**

| 31A. NAME OF COUNTY CLERK | 31B. SIGNATURE OF CLERK OR DEPUTY CLERK | 31C. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| Richard N. Benson | BY | SEP 2 4 2013 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

**CERTIFIED COPY OF VITAL RECORDS**
**STATE OF CALIFORNIA, COUNTY OF MARIN**

VS-123 (01/01/2010)

**\* 0 0 0 2 5 2 9 6 4 \***

RICHARD N. BENSON
MARIN COUNTY ASSESSOR-RECORDER-COUNTY CLERK

**SEP 2 4 2013**

DATE ISSUED , Deputy

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.

PENCO (Rev) 1812

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

GREAT SEAL OF THE STATE — EUREKA — CALIFORNIA

ASSESSOR-RECORDER-COUNTY CLERK — MARIN COUNTY

April 26, 2017

Mark Adams
1275 4th Street #723
Santa Rosa, CA 95404


My name is Mark Adams and I live in Santa Rosa, CA. I have known Ed Dorsaneo since the early 1990's. We met while he was working at the Cotati Police Department and I was working as an officer with the Rohnert Park Police Dept.

My first recollection of Ed talking about Tanya occurred in 2011 while he was working in Afghanistan. He had apparently met her while vacationing and said that he was going to see where their relationship was going.

When Ed discontinued his overseas position, I recall that he went through significant effort and expense to bring Tanya to the United States after they became engaged late in his deployment. We spoke regularly throughout the early months after he arrival. It was only after about 30 days that he confided in the me that things were not going well and that Tanya seemed like a different person from the one he had met in Kiev. While they were apart, they spoke for hours on Skype every day and now that she was with him, she was very withdrawn and showed little to no affection. As the weeks wore on, he made it clear that she was very unwilling to adapt to life here and wanted to move to San Francisco. This seemed unlikely since Ed had both a business and property in Sonoma County.

I actually only met Tanya on one occasion since she generally refused to accompany Ed to social gatherings they were both invited to. The evening that I met Tanya in person was related to a Christmas party I attended with my girlfriend Allison. Ed and Tanya were also present. During that evening, we had drinks at a local bar restaurant called Stormy's. I overheard Tanya say Allison that she had married Ed to come to the US. I did not comment on or make further inquiry because we had all been drinking and I was not sure if she was joking or serious. I also didn't want to cause any further issues between Ed and her because she certainly did not seem happy accept when Ed was not directly with her. She also made several snide comments in his presence which he dismissed without reaction. It was only after Ed divorced her did this statement seem relevant.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mark Adams

FL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Edward Dorsaneo<br>13 Freedom Place<br>Rohnert Park, CA 94928 | |

TELEPHONE NO.: 707-321-3218        FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: edwsg366@gmail.com
ATTORNEY FOR *(Name)*: In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive SONOMA COUNTY SUPERIOR COURT
MAILING ADDRESS:                     FAMILY LAW DIVISION
CITY AND ZIP CODE: Santa Rosa, CA 95403    3055 CLEVELAND AVE.
BRANCH NAME:                     SANTA ROSA, CA 95403

**ENDORSED
FILED**

DEC 2 6 2013

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

MARRIAGE OF
PETITIONER: Edward Dorsaneo

RESPONDENT: Tetyana Dorsaneo

**PETITION FOR**

| ☑ | **Dissolution of Marriage** |
| ☐ | **Legal Separation** |
| ☐ | **Nullity of Marriage** |   ☐ **AMENDED** |

CASE NUMBER:

C65341

1. RESIDENCE (Dissolution only) ☑ Petitioner ☐ Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition for Dissolution of Marriage.*

2. STATISTICAL FACTS
   a. Date of marriage: September 24, 2013
   b. Date of separation: December 21, 2013
   c. Time from date of marriage to date of separation *(specify):*
      Years:        Months: 3

3. DECLARATION REGARDING MINOR CHILDREN *(include children of this relationship born prior to or during the marriage or adopted during the marriage):*
   a. ☑ There are no minor children.
   b. ☐ The minor children are:

| Child's name | Birthdate | Age | Sex |
|---|---|---|---|
| | | | |

   ☐ Continued on Attachment 3b.
   c. If there are minor children of the Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   d. ☐ A completed voluntary declaration of paternity regarding minor children born to the Petitioner and Respondent prior to the marriage is attached.

4. SEPARATE PROPERTY
   Petitioner requests that the assets and debts listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 4
   ☐ below    be confirmed as separate property.

| Item | Confirm to |
|---|---|
| | |

---

**NOTICE: You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child or spousal support.**

---

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-100 [Rev. January 1, 2005] | **PETITION—MARRIAGE**<br>**(Family Law)** | Family Code, §§ 2330, 3409;<br>*www.courtinfo.ca.gov* |

| MARRIAGE OF (last name, first name of parties): | CASE NUMBER: |
|---|---|
| Dorsaneo, Edward; Dorsaneo, Tetyana | |

5. **DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN**
 a. [✓] There are no such assets or debts subject to disposition by the court in this proceeding.
 b. [ ] All such assets and debts are listed [ ] in *Property Declaration* (form FL-160) [ ] in Attachment 5b.
   [ ] below (specify):

6. **Petitioner requests**
 a. [✓] dissolution of the marriage based on
   (1) [✓] irreconcilable differences. (Fam. Code, § 2310(a).)
   (2) [ ] incurable insanity. (Fam. Code, § 2310(b).)
 b. [ ] legal separation of the parties based on
   (1) [ ] irreconcilable differences. (Fam. Code, § 2310(a).)
   (2) [ ] incurable insanity. (Fam. Code, § 2310(b).)
 c. [ ] nullity of void marriage based on
   (1) [ ] incestuous marriage. (Fam. Code, § 2200.)
   (2) [ ] bigamous marriage. (Fam. Code, § 2201.)
 d. [ ] nullity of voidable marriage based on
   (1) [ ] petitioner's age at time of marriage. (Fam. Code, § 2210(a).)
   (2) [ ] prior existing marriage. (Fam. Code, § 2210(b).)
   (3) [ ] unsound mind. (Fam. Code, § 2210(c).)
   (4) [ ] fraud. (Fam. Code, § 2210(d).)
   (5) [ ] force. (Fam. Code, § 2210(e).)
   (6) [ ] physical incapacity. (Fam. Code, § 2210(f).)

7. **Petitioner requests** that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to ............................................ | [ ] | [ ] | [ ] | [ ] |
| b. Physical custody of children to ...................................... | [ ] | [ ] | [ ] | [ ] |
| c. Child visitation be granted to ....................................... | [ ] | [ ] | [ ] | [ ] |

   As requested in form: [ ] FL-311 [ ] FL-312 [ ] FL-341(C) [ ] FL-341(D) [ ] FL-341(E) [ ] Attachment 7c.

 d. [ ] Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage.

| e. Attorney fees and costs payable by ............................................. | [ ] | [ ] | | |
| f. Spousal support payable to (earnings assignment will be issued) ................................. | [ ] | [ ] | | |

 g. [✓] Terminate the court's jurisdiction (ability) to award spousal support to Respondent.
 h. [ ] Property rights be determined.
 i. [ ] Petitioner's former name be restored to (specify):
 j. [ ] Other (specify):

   [ ] Continued on Attachment 7j.

8. **Child support**—If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

9. **I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/23/2013

Edward Dorsaneo
_____
(TYPE OR PRINT NAME)

▶ _Edward Dorsaneo_ _____
(SIGNATURE OF PETITIONER)

Date:
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY FOR PETITIONER)

**NOTICE:** Dissolution or legal separation may automatically cancel the rights of a spouse under the other spouse's will, trust, retirement plan, power of attorney, pay on death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a spouse as beneficiary of the other spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports to determine whether they should be changed or whether you should take any other actions. However, some changes may require the agreement of your spouse or a court order (see Family Code sections 231–235).

FL-100 [Rev. January 1, 2005]     **PETITION—MARRIAGE**     Page 2 of 2
                                  **(Family Law)**

FL-180

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*

Edward Dorsaneo
13 Freedom Place
Rohnert Park, CA 94928
TELEPHONE NO.: 707-321-3218    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sonoma
STREET ADDRESS: 3055 Clevelnad Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME:

**MARRIAGE OR PARTNERSHIP OF**
PETITIONER: Edward Dorsaneo
RESPONDENT: Tetyana Dorsaneo

*FOR COURT USE ONLY*

**ENDORSED FILED**

**MAY 2 0 2014**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

**JUDGMENT**

[✓] **DISSOLUTION**   [ ] **LEGAL SEPARATION**   [ ] **NULLITY**

  [ ] Status only
  [ ] Reserving jurisdiction over termination of marital or domestic partnership status
  [ ] Judgment on reserved issues

Date marital or domestic partnership status ends: 7-10-2014

**CASE NUMBER:**

SFL-065341

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders. The restraining orders are contained on page(s) _____ of the attachment. They expire on *(date):* _____

2. This proceeding was heard as follows: [✓] Default or uncontested [ ] By declaration under Family Code section 2336
  [ ] Contested [ ] Agreement in court
  a. Date: _____ Dept.: _____ Room: _____
  b. Judicial officer *(name):* _____ [ ] Temporary judge
  c. [ ] Petitioner present in court [ ] Attorney present in court *(name):* _____
  d. [ ] Respondent present in court [ ] Attorney present in court *(name):* _____
  e. [ ] Claimant present in court *(name):* _____ [ ] Attorney present in court *(name):* _____
  f. [ ] Other *(specify name):* _____

3. The court acquired jurisdiction of the respondent on *(date):* 1.9.14
  a. [✓] The respondent was served with process.
  b. [ ] The respondent appeared.

**THE COURT ORDERS, GOOD CAUSE APPEARING**

4. a. [✓] Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the status of single persons
    (1) [✓] on *(specify date):* 7-10-2014
    (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
  b. [ ] Judgment of legal separation is entered.
  c. [ ] Judgment of nullity is entered. The parties are declared to be single persons on the ground of *(specify):*

  d. [ ] This judgment will be entered nunc pro tunc as of *(date):* _____
  e. [ ] Judgment on reserved issues.
  f. The [ ] petitioner's [ ] respondent's former name is restored to *(specify):* _____
  g. [ ] Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
  h. [ ] This judgment contains provisions for child support or family support. Each party must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this judgment. The parents must notify the court of any change in the information submitted within 10 days of the change, by filing an updated form. The *Notice of Rights and Responsibilities—Health-Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

**JUDGMENT (Family Law)**

FL-180

| CASE NAME *(Last name, first name of each party):* | CASE NUMBER: |
|---|---|
| | SFL-065341 |

4.  i. ☐ The children of this marriage or domestic partnership are:
(1) ☐ Name                                                    Birthdate

(2) ☐ Parentage is established for children of this relationship born prior to the marriage or domestic partnership

j. ☐ Child custody and visitation (parenting time) are ordered as set forth in the attached
(1) ☐ Settlement agreement, stipulation for judgment, or other written agreement which contains the information required by Family Code section 3048(a).
(2) ☐ *Child Custody and Visitation Order Attachment* (form FL-341).
(3) ☐ *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355).
(4) ☐ Previously established in another case. Case number:                    Court:

k. ☐ Child support is ordered as set forth in the attached
(1) ☐ Settlement agreement, stipulation for judgment, or other written agreement which contains the declarations required by Family Code section 4065(a).
(2) ☐ *Child Support Information and Order Attachment* (form FL-342).
(3) ☐ *Stipulation to Establish or Modify Child Support and Order* (form FL-350).
(4) ☐ Previously established in another case. Case number:                    Court:

l. ☑ Spousal, domestic partner, or family support is ordered:
(1) ☐ Reserved for future determination as relates to ☐ petitioner ☐ respondent
(2) ☑ Jurisdiction terminated to order spousal or partner support to ☐ petitioner ☑ respondent
(3) ☐ As set forth in the attached *Spousal, Partner, or Family Support Order Attachment* (form FL-343).
(4) ☐ As set forth in the attached settlement agreement, stipulation for judgment, or other written agreement.
(5) ☑ Other *(specify):*
                            No Spousal support by either party

m. ☐ Property division is ordered as set forth in the attached
(1) ☐ Settlement agreement, stipulation for judgment, or other written agreement.
(2) ☐ *Property Order Attachment to Judgment* (form FL-345).
(3) ☐ Other *(specify):*

n. ☑ Attorney fees and costs are ordered as set forth in the attached
(1) ☐ Settlement agreement, stipulation for judgment, or other written agreement.
(2) ☐ *Attorney Fees and Costs Order* (form FL-346).
(3) ☑ Other *(specify):*
                            No fees for either party

o. ☐ Other *(specify):*

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions. Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date:          4/14/2014          MAY - 7 2014                    ROBERT S. BOYD
                                                                JUDICIAL OFFICER
5. Number of pages attached: _____ 0 _____          ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

**NOTICE**
Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar property interest. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.
A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.
An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.
Any party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.