

**filley & associates**
professional investigations

Toll Free: 866-392-0072
Local: 415-462-1631
Fax: 415-462-9714
investigation@filley.com
www.Filley.com

December 7, 2017

Ed Dorsaneo
1275 4th Street
# 723A
Santa Rosa, CA  95404

Re:   Tatiana Dorsaneo "Elena" Location of Online Profile
      Our File No.:  SF – 20873
      Your File No.: N/A

## REPORT OF INVESTIGATION

Dear Mr. Dorsaneo:

Thank you for your tasking to conduct investigation to identify any evidence of Tatiana Dorsaneo, aka "Elena" working for gia-escort.com, as a sex worker in Kiev, in approximately 2011. The results of our investigation are detailed below.

### Summary
We were able to locate a photo of a blond female named "Elena" on the website, gia-escort.com. The photo was identified as Tatiana Dorsaneo by client, Ed Dorsaneo. The company website identified "Elena" as a sex worker in Kiev and not just an escort.

### Investigative Method
On December 7, 2017, we were tasked to research the website gia-escort.com to determine whether or not there is a listing of a woman on the website, matching the description of the Subject in this matter, a blond female, by the name of Elena.

I first researched the website gia-escort.com and determined that it is the website for a business, based in Kiev, Ukraine that advertises sex with the women listed on the website. The individual profiles for all of the women listed the sexual activities in which they were willing to engage. There were 36 women listed on the website. None of the women matched the description of the Subject, "Elena".

I then checked the internet archive, at archive.org. This website takes snapshots of all indexed websites going back several years. However, for this website, I received a message that gia-escort.com "has been excluded from the Wayback Machine", meaning that someone had requested that the website not be indexed by archive.org. As a result, there were no archives of previous versions of the gia-escort.com website available.

San Francisco
350 Rhode Island Street
Suite 240
San Francisco, CA 94103

California PI License No. 23042

Marin
1537 Fourth Street
Suite 136
San Rafael, CA 94901

I next used our paid account at Domaintools.com to do a WHOIS Lookup of gia-escort.com. The result showed data regarding the ownership and history of the website. It also offered a "Screenshot History" of the website. (Attached as Enclosure A)



By clicking on "View Screenshot History", I reached a list of seven images, representing the index page of gia-escort.com on June 13, 2016, November 27, 2015, April 10, 2015, May 23, 2014, August 27, 2013, August 31, 2012 and December 4, 2011. (Attached as Enclosure B)



I checked each of these archived screenshots of gia-escort.com and found a photo and description of "Elena" in the screenshot, dated December 4, 2011. I sent a clip of the photo to my client, who confirmed that the photo was indeed the Subject in this matter. (Attached as Enclosure C)



The text under the photo of "Elena" conveyed the same type of information provided for other women on the website. It read, "Do you want to relax in Kiev and do nothing in bed while your partner fives you wonderful oral sex or shows you striptease? I'm sure you do! So don't wait and order this georgious XXX lady who will not only give you unbelievable satisfaction, but will also entertain you at a restaurant, during a long walk in a part (sic) and in the shower. She cam makes professional erotic massage for you!" (sic)

I documented the steps taken in identifying this listing of "Elena" on gia-escort.com by saving the webpages at each step as pdf files.

I then conducted additional research, using other investigative tools to locate other cached copies of the website gia-escort.com, but was unable to locate any other iterations of cached copies of the website.

### Closing Remarks:

We have concluded our tasking as assigned and now close our file in this matter. If you have any questions about our report, please feel free to contact us. In the meantime, we thank you for the opportunity to serve your interests.

Very truly yours,

Scott Filley, CPI
Filley and Associates

Home > Whois Lookup > Gia-Escort.com

## Whois Record for Gia-Escort.com

How does this work?

### — Whois & Quick Stats

| | |
|---|---|
| **Risk Score** | 25 |
| **Email** | abuse@tldregistrarsolutions.com is associated with ~61,243 domains<br>55790d4c8ts848...@5225b4d0pi3627q9.whoisprivacycorp.com<br>55790d4cl393xk...@5225b4d0pi3627q9.whoisprivacycorp.com<br>55790d4cetooa3...@5225b4d0pi3627q9.whoisprivacycorp.com |
| **Registrant Org** | Whois Privacy Corp. is associated with ~190 other domains |
| **Registrar** | TLD Registrar Solutions Ltd |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | Created on 2008-05-21 - Expires on 2019-05-21 - Updated on 2015-10-29 |
| **Name Server(s)** | PNS13.CLOUDNS.NET (has 137,167 domains)<br>PNS17.CLOUDNS.NET (has 137,167 domains)<br>PNS20.CLOUDNS.NET (has 137,167 domains) |
| **IP Address** | 31.133.113.40 is hosted on a dedicated server |
| **IP Location** | - Malopolskie - Krakow - It-pro Sp.z.o.o |
| **ASN** | AS56623 IT-PRO_POLAND, PL (registered Apr 12, 2011) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 123 records have been archived since 2008-05-23 |
| **IP History** | 16 changes on 12 unique IP addresses over 9 years |
| **Registrar History** | 3 registrars |
| **Hosting History** | 7 changes on 8 unique name servers over 9 years |
| **Whois Server** | whois.tldregistrarsolutions.com |

### — Website

| | |
|---|---|
| **Website Title** | Kiev Escort, Ukraine Escorts, Hot Kiev Escorts - Gia-Escort |
| **Server Type** | nginx/1.9.15 |
| **Response Code** | 200 |
| **SEO Score** | 80% |
| **Terms** | 1171 (Unique: 479, Linked: 141) |
| **Images** | 76 (Alt tags missing: 65) |
| **Links** | 131 (Internal: 114, Outbound: 1) |

Whois Record ( last updated on 2017-12-06 )

```
Domain Name: GIA-ESCORT.COM
Registry Domain ID: 1477306746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL: http://www.tldregistrarsolutions.com
Updated Date: 2015-06-11T04:23:39Z
Creation Date: 2008-05-21T19:17:54Z
Registrar Registration Expiration Date: 2019-05-21T19:17:54Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +1.5167401179
Reseller:
Domain Status: clientTransferProhibited - http://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
```



&#x2B07; Preview the Full Domain Report

**Tools**

| Whois History | Hosting History |
|---|---|
| Monitor Domain Properties | |
| Reverse Whois Lookup | |
| Reverse IP Address Lookup | |
| Reverse Name Server Lookup | |
| Network Tools | |
| Buy This Domain ▼ | Visit Website |



View Screenshot History
Last checked July 15, 2017
Queue Screenshot for Update

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Encl A

```
Registrant Organization: Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street
Registrant City: Nassau
Registrant State/Province: New Providence
Registrant Postal Code:
Registrant Country: BS
Registrant Phone: +1.5163872248
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 55790d4c8ts848x2@5225b4d0pi3627q9.whoisprivacycorp.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore, East Bay Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code:
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 55790d4c1393xk16@5225b4d0pi3627q9.whoisprivacycorp.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code:
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 55790d4cetooa3s8@5225b4d0pi3627q9.whoisprivacycorp.com
Name Server: pns13.cloudns.net
Name Server: pns20.cloudns.net
Name Server: pns17.cloudns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Domain | |
|---|---|
| Gia-Escort.com | View Whois |
| Gia-Escort.net | Buy Domain |
| Gia-Escort.org | Buy Domain |
| Gia-Escort.info | Buy Domain |
| Gia-Escort.biz | Buy Domain |
| Gia-Escort.us | Buy Domain |

End A (pg 2)

Home > Screenshot History > Gia-escort.com

# Gia-escort.com Screenshot History

gia-escort.com

LOOKUP

Whois Lookup
Whois History

Example: wikipedia.org, nasa.gov, yoogiscloset.com


gia-escort.com
2016-06-13


gia-escort.com
2015-11-27


gia-escort.com
2015-04-10


gia-escort.com
2014-05-23


gia-escort.com
2013-08-27


gia-escort.com
2012-08-31


gia-escort.com
2011-12-04

◄ Newer                    Results: 1 of 1 pages.                    Older ►

Encl B

Home > Screenshot History > Gia-escort.com

# Gia-escort.com Screenshot History

gia-escort.com | 2017-12-04

gia-escort.com

Example: wikipedia.org, amazon.com, facebo



gia-escort.com
2016-06-13



gia-escort.com
2015-11-27

◂ Newer



6 / 6

Ider ▸



Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2017 DomainTools

Eric C

Home > Whois Lookup > Gia-Escort.com

# Whois Record for Gia-Escort.com

## − Whois & Quick Stats

| | |
|---|---|
| Risk Score | 26 |
| Email | abuse@tldregistrarsolutions.com is associated with ~61,243 domains<br>55790d4c8ts848...@5225b4d0pi3627q9.whoisprivacycorp.com<br>55790d4cl393xk...@5225b4d0pi3627q9.whoisprivacycorp.com<br>55790d4cetooa3...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. is associated with ~192 other domains |
| Registrar | TLD Registrar Solutions Ltd |
| Registrar Status | clientTransferProhibited |
| Dates | Created on 2008-05-21 - Expires on 2019-05-21 - Updated on 2015-10-29 |
| Name Server(s) | PNS13.CLOUDNS.NET (has 137,217 domains)<br>PNS17.CLOUDNS.NET (has 137,217 domains)<br>PNS20.CLOUDNS.NET (has 137,217 domains) |
| IP Address | 31.133.113.40 is hosted on a dedicated server |
| IP Location | - Malopolskie - Krakow - It-pro Sp.z.o.o |
| ASN | AS56623 IT-PRO_POLAND, PL (registered Apr 12, 2011) |
| Domain Status | Registered And Active Website |
| Whois History | 124 records have been archived since 2008-05-23 |
| IP History | 16 changes on 12 unique IP addresses over 9 years |
| Registrar History | 3 registrars |
| Hosting History | 7 changes on 8 unique name servers over 9 years |
| Whois Server | whois.tldregistrarsolutions.com |

## − Website

| | |
|---|---|
| Website Title | Kiev Escort, Ukraine Escorts, Hot Kiev Escorts - Gia-Escort |
| Server Type | nginx/1.9.15 |
| Response Code | 200 |
| SEO Score | 81% |
| Terms | 1156 (Unique: 474, Linked: 133) |
| Images | 72 (Alt tags missing: 61) |
| Links | 123 (Internal: 106, Outbound: 1) |

**Whois Record** ( last updated on 2017-12-07 )

```
Domain Name: GIA-ESCORT.COM
Registry Domain ID: 1477306746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL: http://www.tldregistrarsolutions.com
Updated Date: 2015-06-11T04:23:39Z
Creation Date: 2008-05-21T19:17:54Z
Registrar Registration Expiration Date: 2019-05-21T19:17:54Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +1.5167401179
Reseller:
Domain Status: clientTransferProhibited - http://www.icann.org/epp#clientTransferProh
ibited
Registry Registrant ID:
Registrant Name: Domain Admin
```

How does this work?



Preview the Full Domain Report

### Tools

| Whois History | Hosting History |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▼ | Visit Website |



View Screenshot History
Last checked July 15, 2017
Queue Screenshot for Update

### Available TLDs

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| Gia-Escort.com | View Whois |
| Gia-Escort.net | Buy Domain |
| Gia-Escort.org | Buy Domain |
| Gia-Escort.info | Buy Domain |
| Gia-Escort.biz | Buy Domain |
| Gia-Escort.us | Buy Domain |

```
Registrant Organization: Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street
Registrant City: Nassau
Registrant State/Province: New Providence
Registrant Postal Code:
Registrant Country: BS
Registrant Phone: +1.5163872248
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 55790d4c8ts848x2@5225b4d0pi3627q9.whoisprivacycorp.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore, East Bay Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code:
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 55790d4cl393xk16@5225b4d0pi3627q9.whoisprivacycorp.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code:
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 55790d4cetooa3s8@5225b4d0pi3627q9.whoisprivacycorp.com
Name Server: pns13.cloudns.net
Name Server: pns20.cloudns.net
Name Server: pns17.cloudns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2017 DomainTools

Home  >   Screenshot History  >   Gia-escort.com

# Gia-escort.com Screenshot History

gia-escort.com

LOOKUP

**Example:** wikipedia.org, nasa.gov, yoogiscloset.com

Whois Lookup

Whois History


gia-escort.com
2016-06-13


gia-escort.com
2015-11-27


gia-escort.com
2015-04-10


gia-escort.com
2014-05-23


gia-escort.com
2013-08-27


gia-escort.com
2012-08-31


gia-escort.com
2011-12-04

◀ Newer                                 **Results:** 1 of 1 pages.                                 Older ▶

Sitemap     Blog     Terms of Service     Privacy Policy     Contact Us     Domain News          © 2017 DomainTools

Gia-Escort.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History 12/6/17, 10:49 AM

Home > Screenshot History > Gia-escort.com

# Gia-escort.com Screenshot History

gia-escort.com

**Example:** wikipedia.org, amazon.com, facebook...

gia-escort.com | 2017-12-04



6 / 6

gia-escort.com
2016-06-13

gia-escort.com
2015-11-27

◂ Newer                                                                                                    Older ▸



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News            © 2017 DomainTools

https://research.domaintools.com/research/screenshot-history/gia-escort.com/#6                              Page 1 of 1

## Featured Girl



ELENA

Do you want to relax in Kiev and do nothing in bed while your partner gives you wonderful oral sex or shows you striptease? I'm sure you do! So don't wait and order this gorgeous XXX lady who will not only give you unbelievable satisfaction, but will also entertain you at a restaurant, during a long walk in a part and in the shower. She cam makes professional erotic massage for you!