JODY L. WINTER, #249592
JENNIFER J. PANICKER #258656
LLOYDWINTER, P.C.
1724 Broadway Street, Suite #6
Fresno, CA 93721
559-233-3636
559-385-2000 (fax)
jwinter@lloydwinterlaw.com

Attorneys for plaintiff Tetyana Dorsaneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| TETYANA DORSANEO, | CASE NO. 4:17-cv-00765-VC |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | Dept:   Courtroom 2 / 17th Floor |
| EDWARD MATTHEW DORSANEO, an individual, | Judge: Hon. Vince Chhabria |
| Defendant. | |

Plaintiff Tetyana Dorsaneo's ("Tetyana") request for summary judgment came before this Court for consideration. This Court previously found Defendant Edward Matthew Dorsaneo ("Edward") liable for damages to Tetyana under the Form I-864 contract and left discovery open as to the amount of financial assistance he owed. Tetyana has presented evidence that Edward owes her $49,775.81 in compensatory damages under the I-864 contract between April 2014 and December 2017. Edward has not presented any evidence disputing this amount. To the extent that Edward attempts to relitigate the issue of liability, his arguments do not establish a genuine dispute of material fact as to the amount of damages he owes.

Good cause appearing therefor, IT IS HEREBY ORDERED AND ADJUDGED that:

1)      Tetyana's motion for summary judgment is granted. Tetyana is the

prevailing party in this action.

2)    Edward's support obligation owed according to Federal Poverty Guidelines from April 2014 through December 2017 is $49,775.81 [2014 ($9,725.00), 2015 ($11,201.50), 2016 ($13,774.31), 2017 ($15,075)]. Edward shall immediately pay to Tetyana compensatory damages in the amount of $49,775.81.

3)    As of the date of this judgment, no Terminating Event has occurred, and Edward's support obligation to Tetyana is therefore ongoing. A Terminating Event is the only thing that would terminate Edward's ongoing support obligation to Tetyana. A "Terminating Event" refers to one of the following: Tetyana becomes a United States citizen; Tetyana can be credited with 40 quarters of work; Tetyana is no longer a permanent resident and has departed the United States; Tetyana seeks permanent residence based on a different I-864 after being ordered removed; or Tetyana dies. *See* 8 C.F.R. § 213a.2(e)(2)(i).

4)    Edward shall immediately pay to Tetyana $1,256.25, representing support due for the month of January, 2018.

5)    Edward shall immediately pay to Tetyana $1,256.25, representing support due for the month of February, 2018.

6)    Edward is hereby instructed to provide support to Tetyana, starting March 1, 2018, on or before the first day of each month, at the rate of 125% of the current federal poverty guideline and continuing until such time as a court of law determines that a Terminating Event has occurred.

7)    Tetyana is ordered to make a reasonable good faith effort to promptly inform Edward if and when a Terminating Event occurs.

8)    In the event Edward believes a Terminating Event has occurred, Edward may file an order with a competent court of law seeking to have his support obligations terminated. Edward must continue to make support payments as set forth herein and required by law during the pendency of any such order terminating support obligations.

9)    Edward shall immediately pay to Tetyana prejudgment interest in the amount

-2-

of $1,049.83.

10) Tetyana is entitled to all costs and attorneys' fees incurred in and related to this action. Tetyana shall provide to this Court a motion for fees and bill of costs within 30 days of the date of this judgment. An attorneys' fee award in the form of a percentage of recovery is acceptable. The Court will decide attorneys' fees based on the motion filed on March 10 and any responsive briefing.

11) Edward shall pay to Tetyana interest at the rate of 2.03 percent per annum in accordance with 28 U.S.C. § 1961(a) on any unpaid portion of the monetary award issued hereunder, including any award issued for costs and attorneys' fees, until such time as said amount is paid in full.

12) Tetyana has fully complied with all instructions set forth in this Court's February 24, 2018 order on her motion for summary judgment.

Dated: March 28 , 2018

Hon. Vince Chhabria

-3-

[PROPOSED] JUDGMENT