UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TETYANA DORSANEO, Plaintiff, v. EDWARD MATTHEW DORSANEO, Defendant. | Case No. 17-cv-00765-VC  **ORDER GRANTING IN PART MOTION FOR ATTORNEYS' FEES**  Re: Dkt. No. 118 |
|---|---|

The motion for attorneys' fees is granted in part. Edward's proposal to trim the fee award to the amount expended by his own lawyers is not reasonable, because the work performed by Edward's lawyers was almost entirely worthless. However, after reviewing the papers and the supporting materials submitted by Tetyana's lawyers, the Court concludes that, although the rates charged for the work are reasonable, the decision to use four lawyers on the case, which was not intensely complicated, has made their billings unduly inefficient. To remedy this inefficiency and ensure that Edward is not forced to pay an unfair amount in attorneys' fees, the Court will excise half of Jennifer Panicker's billings and half of Sean Fredin's billings. The request for a multiplier is denied. Although the conduct of Edward's lawyers made the case more difficult than it needed to be, the level of difficulty and complexity was not so high as to justify a multiplier. Accordingly, Edward is ordered to pay Tetyana $94,259.68 in attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 11, 2018

VINCE CHHABRIA
United States District Judge